M. P. No. 77-40. EDWARD E. MORRIS *v.* LINDA D'AMARIO *et al.* Petition for writ of certiorari is granted and the writ shall issue forthwith. *William F. Reilly,* Public Defender, *Barbara Hurst, John A. MacFadyen III,* Asst. Public Defenders, for petitioner. *Julius C. Michaelson,* Attorney General, *John R. McDermott,* Special Asst. Attorney General, for respondents.

M. P. No. 77-49. GILBANE BUILDING COMPANY *v.* VINCENT CIANCI, JR. *et al.* Motion of defendant, Capaldi-Campanella, that the Superior Court record in this case be transmitted to this court, for the purpose of the oral argument to be held on Friday, March 11, 1977, 9:30 a.m., is granted. *John T. Walsh, Jr.,* for plaintiff. *Ronald H. Glantz,* Acting City Solicitor, for defendants. *Abedon & Visconti Ltd., Girard R. Visconti,* for Capaldi-Campanella.